UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSE LUIS AREVALO,

v.   Case No. 8:99-cr-158-T-17TBM

UNITED STATES OF AMERICA.

_____

## ORDER

This cause is before the Court on Defendant Arevalo's "Motion To Vacate Pursuant to 28 U.S.C. § 1651" (Doc. cr-938) which the Court construes as a 28 U.S.C. § 2255 motion to vacate, set aside, or correct an illegal sentence.

The Clerk is directed to open a new civil case for this construed 28 U.S.C. § 2255 motion filed by Arevalo.

ORDERED at Tampa, Florida, on October 25, 2011.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

AUSA
Jose Luis Arevalo